Brenna E. Erlbaum (SBN: 296390)
Brian Heit (SBN: 302474)
HEIT ERLBAUM, LLP
6320 Canoga Avenue, 15th Floor
Woodland Hills, CA 91367
[phone]: (805) 231.9798
Brenna.Erlbaum@HElaw.attorney
Brian.heit@HElaw.attorney
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.220.88.40,<br><br>　　　　　　　Defendant. | Case Number: 1:16-cv-00224-AWI-SKO<br><br>**ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT**<br><br>(Doc. 8) |

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised hereby:

ORDER AND ADJUDGES that Plaintiff's Motion is granted. Plaintiff shall have until October 13, 2016, to effectuate service of a summons and complaint on Defendant.

IT IS SO ORDERED.

Dated:   **May 31, 2016**          /s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE